UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00006-FL

| | |
|---|---|
| DENISE PENNELL, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WAKEMED, | ) |
| Defendant. | ) |

This matter was before the Court on Defendant's Motion to Stay Discovery [D.E. 14] pending resolution of Defendant's Motion for Judgment on the Pleadings. [D.E. 12] The parties have conferred and Plaintiff consents to Defendant's Motion to Stay Discovery.

For good cause shown, Defendant's Motion to Stay Discovery pending resolution of Defendant's Motion for Judgment on the Pleadings is GRANTED. Discovery, mediation, and all other proceedings in this case are stayed until the court rules on Defendant's Motion for Judgment on the Pleadings.

*/s/ Louise W. Flanagan*
The Honorable Louise W. Flanagan
United States District Court
Eastern District of North Carolina